Case 2:23-cv-00086-MPB-MG   Document 1   Filed 02/24/23   Page 1 of 5 PageID #: 1

**FILED**

**02/24/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

Class Action

State of Indiana
County of Vigo                                  Cause number:
    -VS-
                                                2:23-cv-086-JPH-MG
Community Corrections
of Vigo County, Bill Watson, Sierra Cox
                    Defendants

David Pasko, Lashawn Tompkins
Graylon Bell, Thomas Pearson, David Gilbert
Christopher Davis, Jalen Byrum
Marshon Jones, Jordan Jones
Teubrian Nicholson, Austin Beal
Nathaniel Church
                    Plaintiffs

Civil Rights Complaint
42 U.S.C. 1983
For Decrimination and Racial Decrimination

Each defendants are being sued in their individual and office capacity in violation of each plaintiffs Consitutional rights under the 6th, 8th, and 14th Amendment of the United States Consitution.

Each defendants acted under the Color of State law and was fully aware of their actions and deliberate indifferences and malicous intent to cause harm to each plaintiffs with decrimination and racial decrimination

Each defendant is being sued in their individual and office capacity.

## Plaintiffs

At the time the Plaintiff reside with in the Vigo County Jail under the above cause of action.

Each Plaintiff reside at the time of action at the Vigo County Jail 201 Cherry Street and 600 W. Honey Creek Drive.

Each Plaintiff are residents of Indiana.

Each Plaintiff asks for damages including Punitive and Compincitory damages and injunctive relief.

## Complaint

Each Plaintiff was denied the rights to have the opportunity to pre-trial services with in the Community Corrections.

Each Plaintiff are being denied Community Corrections for being accused of a sex crime and/or crime against a child and also being in a protective custody unit for whatever reason.

The Plaintiffs are being told because of the above they will not be allowed pre-trial services.

Each of the Plaintiff's are pre-trial detainees and have not been found guilty of any charges for them to be denied.

The defendant has shown a great deal of decrimination and is not doing the same to other inmates with in the Vigo County Jail. They are also showing a lot of favoritism with white inmates against black inmates, and showing favoritism for those they like against the ones they don't like.

The Courts would order evaluations to the Community Corrections for the Community Corrections to deny them.

Each Plaintiff should have the same rights and/or programs as others with no explination but yet this is not being done what so ever

Therefore

Plaintiff ask for damages for punitive damages in the amount of $100,000 from the defendants for each Plaintiff in violation of the plaintiff's Consitution rights under the 6th, 8th, and 14th Amendments U.S.C. for malicous intent, deliberate indifferences, and reckless disregard to each Plaintiff with racial and racial decrimination

Plaintiff asks for compuncitory damages in the amount of $75,000 from the defendants to each plaintiff's for violation of their Constitutional rights in violation of the 6th, 8th, and 14th Amendment U.S.C. for decrimination

Plaintiff also asks for injunctive relief to order the Community Corrections to allow each Plaintiff the same rights as others and allow the Plaintiff into the Community Correction programs and not use excuses.

Respectfully Submitted

Dated: January 8th, 2023

David Pasko

Leahequa Tompins

David Smith

Ahunken O. Bell

NCO

Thomas M. Pearson

Christopher Davis

Jalen Bynum

Marchon Jones

Jordan Jones

Lendarius Niven

Austin Ross

## Address for Plaintiff

David Peasko
600 W. Honey Creek Dr.
Terre Haute, IN 47802

Jalen Byrum
600 W. Honey Creek Dr.
Terre Haute, IN 47802

Lashawan Tompkins
600 W. Honey Creek Dr.
Terre Haute, IN 47802

Marshon Jones
600 W. Honey Creek Dr.
Terre Haute, IN 47802

Graylon Bell
600 W. Honey Creek Dr.
Terre Haute, IN 47802

Jordan Jones
600 W. Honey Creek Dr.
Terre Haute, IN 47802

Thomas Pearson
600 W. Honey Creek Dr.
Terre Haute, IN 47802

Teubrian Nicholson
600 W. Honey Creek Dr.
Terre Haute, IN 47802

David Gilbert
600 W. Honey Creek Dr.
Terre Haute, IN 47802

Austin Beal
600 W. Honey Creek Drive
Terre Haute, IN 47802

Christopher Davis
600 W. Honey Creek Dr.
Terre Haute, IN 47802

Nathaniel Church
600 W. Honey Creek Dr.
Terre Haute, IN 47802