UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAVID PASKO, <br> LASHAWAN TOMPKINS, <br> GRAYLON BELL, <br> THOMAS PEARSON, <br> DAVID GILBERT, <br> CHRISTOPHER DAVIS, <br> JALEN BYRUM, <br> MARSHON JONES, <br> JORDAN JONES, <br> TEABRIAN NICHOLSON, <br> AUSTIN BEAL, <br> NATHANIEL CHURCH, <br><br>                 Plaintiffs, <br><br>     v. <br><br> STATE OF INDIANA COUNTY OF VIGO, <br> COMMUNITY CORRECTIONS OF VIGO <br> COUNTY, <br> BILL WATSON, <br> SIERRA COX, <br><br>                 Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    No. 2:23-cv-00086-MPB-MG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**FINAL JUDGMENT**

The Court enters FINAL JUDGMENT. The action is dismissed **without prejudice**.

Dated: October 24, 2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

DAVID PASKO
600 W. Honey Creek Dr.
Terre Haute, IN 4802

LASHAWAN TOMPKINS
600 W. Honey Creek Dr.
Terre Haute, IN 47802

GRAYLON BELL
600 W. Honey Creek Dr.
Terre Haute, IN 47802

THOMAS PEARSON
600 W. Honey Creek Dr.
Terre Haute, IN 47802

DAVID GILBERT
600 W. Honey Creek Dr.
Terre Haute, IN 47802

CHRISTOPHER DAVIS
600 W. Honey Creek Dr.
Terre Haute, IN 47802

JALEN BYRUM
600 W. Honey Creek Dr.
Terre Haute, IN 47802

MARSHON JONES
600 W. Honey Creek Dr.
Terre Haute, IN 47802

JORDAN JONES
600 W. Honey Creek Dr.
Terre Haute, IN 47802

TEABRIAN NICHOLSON
600 W. Honey Creek Dr.
Terre Haute, IN 47802

AUSTIN BEAL
600 W. Honey Creek Dr.
Terre Haute, IN 47802

NATHANIEL CHURCH
600 W. Honey Creek Dr.
Terre Haute, IN 47802